IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BETHESDA SOFTWORKS LLC | : | |
| | : | |
| v. | : | Civil Action No. DKC 09-2357 |
| | : | |
| INTERPLAY ENTERTAINMENT CORPORATION | : | |

**ORDER**

For the reasons stated in open court, it is this 10th day of December, 2009, by the United States District Court for the District of Maryland, ORDERED that:

1. Plaintiff's motion for a preliminary injunction (paper 3) BE, and the same hereby IS, DENIED for the reasons stated in court; and,

2. The clerk will transmit copies of this Order to counsel for the parties.

                                        /s/
                              DEBORAH K. CHASANOW
                              United States District Judge