**FILED UNDER SEAL**

# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division (Greenbelt)**

| | |
|---|---|
| BETHESDA SOFTWORKS LLC, | |
| Plaintiff/Counter-Defendant, | |
| v. | Civil No. 09 CV 2357 (DKC) |
| INTERPLAY ENTERTAINMENT CORP., | |
| Defendant/Counter-Plaintiff. | |

**NOTICE OF FILING OF DOCUMENT UNDER SEAL**

Exhibit A to the Supplemental Brief in support of Plaintiff/Counter-Defendant Bethesda

Softworks LLC's motion to compel discovery from Interplay Entertainment Corp. ("Interplay"),

is a confidential deposition transcript pursuant to the protective order entered in this case on

August 11, 2010.  We will file a courtesy copy of the exhibit with the Clerk's Office within 24

hours of the filing of this Notice so it may be electronically filed under seal.  We certify that at

the same time we file this Notice, we will serve a copy of Exhibit A on Interplay counsel by first

class mail.

Respectfully submitted,

**STEPTOE & JOHNSON LLP**

By:     /s/ Rachel M. Hofstatter
        Rachel M. Hofstatter, Bar # 29266
        1330 Connecticut Avenue, NW
        Washington, DC 20036
        Telephone:    202-429-3000
        Facsimile:    202-429-3902
        Email:        rhofstatter@steptoe.com

Counsel for Bethesda Softworks LLC