# EXHIBIT J

*Confidential*

### EXHIBIT C-2

### COPYRIGHT ASSIGNMENT

CONFIDENTIAL

IPE -- 000121 

## COPYRIGHT ASSIGNMENT

THIS COPYRIGHT ASSIGNMENT (this "Assignment") is made as of April 9, 2007, by and between **Interplay Entertainment Corp.**, a Delaware corporation (hereinafter "Assignor"), and **Bethesda Softworks LLC**, a Delaware limited liability company (hereinafter "Assignee").

WHEREAS, Assignor is the owner of the works and the copyright registrations therefor that are listed on Exhibit A attached hereto (hereinafter the "Works"); and

WHEREAS, Assignor desires to assign and Assignee desires to obtain ownership of the Works.

NOW THEREFORE, for good and valuable consideration, the sufficiency and receipt of which are hereby acknowledged, the parties agree as follows:

1. Assignor hereby irrevocably assigns, transfers and conveys unto Assignee all of its rights, titles and interests in and to the Works and all elements thereof, including, without limitation, all copyrights in and to the Works whether registered or unregistered, together with all now or hereafter existing rights of every kind and character whatsoever throughout the world pertaining to the Works, in all media now in existence or to be developed hereafter, in perpetuity. Assignor agrees to execute and deliver to Assignee such documents as may be required by Assignee to effectuate or perfect such assignment.

2. This Assignment may be executed in any number of counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

3. Assignor shall cooperate with Assignee to the fullest extent reasonably possible to secure all of Assignee's rights and remedies to and in the Work.

IN WITNESS WHEREOF, the parties have caused this Assignment to be duly executed as of the date first set forth above.

ASSIGNOR:                                                 ASSIGNEE:

INTERPLAY ENTERTAINMENT CORP.                             BETHESDA SOFTWORKS LLC.

By: _____                                 By: _____

Name: Herve Caen                                          Name: Vlatko Andonov

Title: Chief Executive Officer                            Title: President

CONFIDENTIAL

IPE -- 000122

## EXHIBIT A

### Schedule of Copyrights

The Fallout Logos

Fallout and Fallout 2 Character Art

Fallout and Fallout 2 Environment Art

Weapon and item Art

Cutscene Art

Interface Art

Loading Screen Comic Art

Loading Screen 3D Art

"PIP Boy" Art from in-game and manuals

World Bible

Background Source Materials

### Schedule of Registered Copyrights

| Country | Copyright Title | Registration No. | Registration Date |
|---|---|---|---|
| United States | Fallout | PA-886-144 | March 20, 1998 |
| United States | Fallout 2: a post nuclear role playing game | PA-931-744 | March 1, 1999 |

CONFIDENTIAL

IPE -- 000123