**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division (Greenbelt)**

| | |
|---|---|
| BETHESDA SOFTWORKS LLC,<br><br>   Plaintiff/Counter-Defendant,<br><br>v.<br><br>INTERPLAY ENTERTAINMENT CORP.,<br><br>   Defendant/Counter-Plaintiff. | Civil No. 09 CV 2357 (DKC) |

## NOTICE OF APPEAL

Notice is hereby given that Bethesda Softworks, LLC, plaintiff/counter-defendant in the above-captioned case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the order denying its motion for preliminary injunction stated in open court on the record by the Court on August 4, 2011.

Date: August 9, 2011

Respectfully submitted,

**FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**

By: /s/ Joseph J. LoBue
   Howard H. Stahl (MD Bar No. 24741)
   Joseph J. LoBue (MD Bar No. 17393)
   801 17th Street, NW
   Washington, DC 20006
   Telephone: 202-639-7000
   Facsimile: 202-639-7003
   Email: howard.stahl@friedfrank.com
      joseph.lobue@friedfrank.com

*Counsel for Plaintiff/Counter-Defendant, Bethesda Softworks LLC*