FILED: August 12, 2011

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 11-1860

(8:09-cv-02357-DKC)

_____

BETHESDA SOFTWORKS, L.L.C.

      Plaintiff - Appellant

v.

INTERPLAY ENTERTAINMENT CORPORATION

      Defendant - Appellee

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Greenbelt |
| Originating Court Case Number | 8:09-cv-02357-DKC |
| Date notice of appeal filed in originating court | 08/09/2011 |
| Appellant(s) | Bethesda Softworks |
| Appellate Case Number | 11-1860 |
| Case Manager | Donna Lett<br>804-916-2704 |