# Exhibit 5

LIBRARY OF CONGRESS

# Copyright Office of the United States

WASHINGTON, D.C.

**THIS IS TO CERTIFY**, that on August 10, 2007 a claim to copyright in a work identified as **FALLOUT.BETHSOFT.COM WEBSITE** was registered under number **VA 1-624-742**. The work was registered in accordance with provisions of the United States Copyright Law (Title 17 United States Code).

**THIS IS TO CERTIFY FURTHER**, that the attached is an additional certificate for this work; the original certificate was issued in 2007.

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on December 1, 2011.

Maria A. Pallante
Register of Copyrights

By: Rosemary J. Kelly
Head
Records Research and Certification Section
Information and Records Division

se of this material is governed by U.S. Copyright
aw 17 U.S.C. 101 et seq.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number:**

**VA 1-624-742**

**Effective date of registration:**

August 10, 2007

## Title
- **Title of Work:** fallout.bethsoft.com website
- **Nature of Work:** 2-dimensional artwork

## Completion/Publication
- **Year of Completion:** 2007
- **Date of 1st Publication:** August 2, 2007
- **Nation of 1st Publication:** United States

## Author
- **Author:** Bethesda Softworks LLC
- **Author Created:** 2-Dimensional artwork
- **Work made for hire:** Yes
- **Domiciled in:** United States
- **Anonymous:** No
- **Pseudonymous:** No

## Copyright claimant
- **Copyright Claimant:** Bethesda Softworks LLC
  1370 Piccard Drive, Rockville, MD, 20850

## Limitation of copyright claim
- **Material excluded from this claim:** Previously published, unregistered works created by Interplay Entertainment Corp. and subsequently assigned to claimant
- **Previously registered:** No
- **New material included in claim:** Entire work including new versions of previously assigned unregistered works

## Certification
- **Name:** Thomas E. Zutic
- **Date:** August 8, 2007