# Exhibit 7



**LIBRARY OF CONGRESS**

*Copyright Office of the United States*

WASHINGTON, D.C.

**THIS IS TO CERTIFY**, that on August 10, 2007 a claim to copyright in a work identified as **VAULT BOY AGILITY** was registered under number **VA 1-621-865**. The work was registered in accordance with provisions of the United States Copyright Law (Title 17 United States Code).

**THIS IS TO CERTIFY FURTHER**, that the attached is an additional certificate for this work; the original certificate was issued in 2007.

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on December 1, 2011.

       Maria A. Pallante
       Register of Copyrights

By:   Rosemary J. Kelly
       Head
       Records Research and Certification Section
       Information and Records Division

Use of this material is governed by U.S. Copyright Law 17 U.S.C. 101 et seq.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
**VA 1-621-865**

Effective date of registration:
August 10, 2007

## Title
**Title of Work:** Vault Boy Agility
**Nature of Work:** Digital image

## Completion/ Publication
**Year of Completion:** 2007
**Date of 1st Publication:** July 5, 2007    **Nation of 1st Publication:** United States

## Author
- **Author:** Bethesda Softworks LLC
  **Author Created:** 2-dimensional artwork

  **Work made for hire:** Yes
  **Citizen of:** United States
  **Anonymous:** No    **Pseudonymous:** No

## Copyright claimant
**Copyright Claimant:** Bethesda Softworks LLC
1370 Piccard Drive, Rockville, MD, 20850

## Limitation of copyright claim
**Material excluded from this claim:** New version of previously published but unregistered work originally created by Interplay Entertainment Corp. and subsequently assigned to Bethesda Softworks LLC
**Previously registered:** No

**New material included in claim:** Entire work representing new configuration

## Certification

**Name:** Thomas E. Zutic
**Date:** August 10, 2007

---

**Registration #:** VA0001621865

**Service Request #:** 1-7262738

Thomas E. Zutic
1200 Nineteenth Street, NW
Washington, DC 20036