# Exhibit 21



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

November 30, 2011

THE ATTACHED U.S. TRADEMARK REGISTRATION *3,617,444* IS
CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY
THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH
REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM   *May 05, 2009*
SAID RECORDS SHOW TITLE TO BE IN:   *Registrant*

By Authority of the

Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. R.  GRANT

Certifying Officer

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

## United States Patent and Trademark Office

Reg. No. 3,617,444
Registered May 5, 2009

## TRADEMARK
### PRINCIPAL REGISTER



BETHESDA SOFTWORKS, LLC (DELAWARE LIMITED LIABILITY COMPANY)
SUITE 120
1370 PICCARD DRIVE
ROCKVILLE, MD 20850

FOR: COMPUTER GAME PROGRAMS; DOWN-LOADABLE COMPUTER GAME PROGRAMS OF-FERED VIA COMPUTERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 10-28-2008; IN COMMERCE 10-28-2008.

THE MARK CONSISTS OF UPPER HALF OF BOY WITH HANDS ON WAIST.

SN 77-976,663, FILED 4-23-2007.

DAVID I, EXAMINING ATTORNEY



PTO-1683
(Rev. 7-96)