# Exhibit 22



TS 1864322

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

December 07, 2011

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF A DOCUMENT RECORDED ON APRIL 10, 2007.

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

M. K. CARTER
Certifying Officer

# TRADEMARK ASSIGNMENT

Electronic Version v1.1
Stylesheet Version v1.1

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL |

## CONVEYING PARTY DATA

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| Interplay Entertainment Corp. | | 04/09/2007 | CORPORATION: DELAWARE |

## RECEIVING PARTY DATA

| Name: | Bethesda Softworks LLC |
|---|---|
| Street Address: | 1370 Piccard Drive |
| Internal Address: | Suite 120 |
| City: | Rockville |
| State/Country: | MARYLAND |
| Postal Code: | 20850 |
| Entity Type: | LIMITED LIABILITY COMPANY: DELAWARE |

## PROPERTY NUMBERS Total: 5

| Property Type | Number | Word Mark |
|---|---|---|
| Registration Number: | 2181084 | FALLOUT |
| Serial Number: | 77051782 | FALLOUT |
| Serial Number: | 76629763 | FALLOUT |
| Serial Number: | 76629765 | FALLOUT |
| Serial Number: | 76629764 | FALLOUT |

## CORRESPONDENCE DATA

Fax Number: (202)223-2085
*Correspondence will be sent via US Mail when the fax attempt is unsuccessful.*
Phone: 202 861 3900
Email: dctrademarks@dlapiper.com
Correspondent Name: Thomas E. Zutic
Address Line 1: 1200 Nineteenth Street, NW
Address Line 4: Washington, DISTRICT OF COLUMBIA 20036

| ATTORNEY DOCKET NUMBER: | 29454-4 |
|---|---|

TRADEMARK

| NAME OF SUBMITTER: | Thomas E. Zutic |
|---|---|
| Signature: | /Thomas E. Zutic/ |
| Date: | 04/10/2007 |

Total Attachments: 4
source=FALLOUT#page1.tif
source=FALLOUT#page2.tif
source=FALLOUT#page3.tif
source=Document#page1.tif

# TRADEMARK ASSIGNMENT

This Trademark Assignment is made on April 9, 2007 by and between **Interplay Entertainment Corp.**, a Delaware corporation, with a principal place of business at 100 North Crescent Drive, Suite 324, Beverly Hills, California 90210 (hereinafter "Assignor"), and **Bethesda Softworks LLC**, a Delaware limited liability company, with a principal place of business at 1370 Piccard Drive, Suite 120, Rockville, Maryland 20850 (hereinafter "Assignee").

WHEREAS, Assignor is the owner of all right, title and interest in and to the trademarks and all associated applications and registrations listed on the attached schedule (hereinafter the "Marks"); and

WHEREAS, Assignor is desirous of assigning, and Assignee is desirous of obtaining, all right, title and interest in and to the Marks.

NOW THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Assignor hereby assigns, transfers and conveys unto Assignee all right, title, and interest of Assignor in and to the Marks, together with the goodwill of the business symbolized by the Marks, the same to be held and enjoyed by Assignee for its own, and for the use and enjoyment of its successors, assigns and/or other legal representatives, as fully and entirely as the same would have been held and enjoyed by Assignor if this Assignment and sale had not been made; together with all claims for damages by reason of past infringement of the Marks, with the right to sue for, and collect the same for its own use and behalf, and for the use on behalf of its successors, assigns, or other legal representatives.

IN WITNESS WHEREOF, the parties have caused this Assignment to be duly executed as of the date(s) set forth below, with effect as of the Effective Date, which Assignment may be executed in any number of counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

ASSIGNOR: Interplay Entertainment Corp.

By: _____

Name: Herve Caen

Title: Chief Executive Officer

ASSIGNEE: Bethesda Softworks LLC

By: _____

Name: Vlatko Andonov

Title: President

STATE OF CALIFORNIA    )
                       ) ss:
COUNTY OF LOS ANGELES  )

On April 9, 2007 before me Denise M. Smart, Notary Public, personally appeared Herve Caen proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

_____
Notary Public

DENISE M. SMART
Commission # 1556945
Notary Public - California
Los Angeles County
My Comm. Expires Apr 3, 2009

Signatures Continued on Next Page

IN WITNESS WHEREOF, the parties have caused this Assignment to be duly executed as of the date(s) set forth below, with effect as of the Effective Date, which Assignment may be executed in any number of counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

ASSIGNOR: Interplay Entertainment Corp.

By: _____

Name: Herve Caen

Title: Chief Executive Officer

ASSIGNEE: Bethesda Softworks LLC

By: _____

Name: Vlatko Andonov

Title: President

STATE OF CALIFORNIA  )
                     ) ss:
COUNTY OF _____ )

On this ____ day of _____, 2007, before me appeared _____, the person who signed this instrument, who acknowledged that he signed it as a free act on behalf of Interplay Entertainment Corp.

_____
Notary Public

My commission expires:

## SCHEDULE OF TRADEMARKS

FALLOUT
FALLOUT2
FALLOUT TACTICS
BROTHERHOOD OF STEEL

## SCHEDULE OF TRADEMARK REGISTRATIONS AND APPLICATIONS

| Trademark | Country | Class(es) | App. No./ Reg. No. |
|---|---|---|---|
| FALLOUT | U.S. Federal | 28 | 2,181,084 |
| FALLOUT | U.S. Federal | 16 and 25 | 77051782 |
| FALLOUT | U.S. Federal | 9 | 76629763 |
| FALLOUT | U.S. Federal | 38 | 76629765 |
| FALLOUT | U.S. Federal | 41 | 76629764 |