# Exhibit 26

UNITED STATES

SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

FORM 10-Q

[X]   QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15 (d) OF THE SECURITIES
EXCHANGE ACT OF 1934

FOR THE QUARTERLY PERIOD ENDED MARCH 31, 2009

or

[_]   TRANSITION REPORT PURSUANT TO SECTION 13 OR 15 (d) OF THE SECURITIES
AND EXCHANGE ACT OF 1934

For the transition period from _____ to _____

Commission File Number 0-24363

INTERPLAY ENTERTAINMENT CORP.
(Exact name of the registrant as specified in its charter)

DELAWARE                                          33-0102707
(State or other jurisdiction of                   (I.R.S. Employer
incorporation or organization)                    Identification No.)

100 N. CRESCENT DRIVE, BEVERLY HILLS, CALIFORNIA 90210
(Address of principal executive offices)

(310) 432-1958
(Registrant's telephone number, including area code)

Indicate by check mark whether the registrant: (1) has filed all reports
required to be filed by Section 13 or 15(d) of the Securities Exchange Act of
1934 during the preceding 12 months (or for such shorter period that the
registrant was required to file such reports), and (2) has been subject to such
filing requirements for the past 90 days. Yes [X] No [_]

Indicate by check mark whether the registrant is a large accelerated filer, an
accelerated filer, or a non-accelerated filer. See definition of "accelerated
filer and large accelerated filer" in Rule 12b-2 of the Exchange Act.

Large accelerated filer [ ]              Accelerated filer [ ]
Non-accelerated filer [X]                Smaller reporting company [ ]

Indicate by check mark whether the registrant is shell company ( as defined in
Rule 12b-2 of the Exchange Act) Yes [ ] No [X]

Indicate the number of shares outstanding of each of the issuer's classes of
common stock as of the latest practicable date.

| CLASS | ISSUED AND OUTSTANDING AT MARCH 31, 2009 |
| --- | --- |
| Common Stock, $0.001 par value | 113,595,268 |

s of March 31, 2009, 113,595,268 shares of Common Stock of the Registrant were
issued and outstanding. This includes 4,658,216 shares of Treasury Stock.

INTERPLAY ENTERTAINMENT CORP. AND SUBSIDIARIES

FORM 10-Q

MARCH 31, 2009

TABLE OF CONTENTS
--------------

|  |  | Page |
|---|---|---|
| PART I. | FINANCIAL INFORMATION | |
| Item 1. | Financial Statements | |
| | Condensed Consolidated Balance Sheets as of  March 31, 2009 (unaudited) and December 31, 2008 | 3 |
| | Condensed Consolidated Statements of Operations for the Three Months ended March 31, 2009 and 2008 (unaudited) | 4 |
| | Condensed Consolidated Statements of Cash Flows for the Three Months ended March 31, 2009 and 2008 (unaudited) | 5 |
| | Notes to Condensed Consolidated Financial Statements (unaudited) | 6 |
| Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 9 |
| Item 3. | Quantitative and Qualitative Disclosures About Market Risk | 14 |
| Item 4T. | Controls and Procedures | 14 |
| PART II. | OTHER INFORMATION | |
| Item 1A. | Risk Factors | 15 |
| Item 6. | Exhibits | 15 |
| SIGNATURES | | 16 |

PART I - FINANCIAL INFORMATION

ITEM 1.  FINANCIAL STATEMENTS

INTERPLAY ENTERTAINMENT CORP. AND SUBSIDIARIES
CONDENSED CONSOLIDATED BALANCE SHEETS

|  | MARCH 31, 2009 | DECEMBER 31, 2008 |
|---|---|---|
|  | (unaudited) |  |
| **ASSETS** |  |  |
| **Current Assets:** |  |  |
| Cash | $    124,000 | $          0 |
| Trade receivables, net of allowances of $6,000 and $6,000 respectively | 63,000 | 87,000 |
| Inventories | 1,000 | 1,000 |
| Intellectual properties | 126,000 | 0 |
| Deposits | 7,000 | 7,000 |
| Prepaid expenses | 5,000 | 11,000 |
| Other receivables | 8,000 | 9,000 |
| Total current assets | 334,000 | 115,000 |
| Property and equipment, net | 44,000 | 48,000 |
| Total assets | $    378,000 | $    163,000 |
| **LIABILITIES AND STOCKHOLDERS' (DEFICIT)** |  |  |
| **Current Liabilities:** |  |  |
| Drawing in excess of cash balances | $          0 | $     24,000 |
| Convertible note payable | 0 | 53,000 |
| Note payable to officer and directors | 475,000 | 469,000 |
| Account payable | 1,252,000 | 1,186,000 |
| Accrued royalties | 30,000 | 23,000 |
| Deferred income | 818,000 | 710,000 |
| Total current liabilities | 2,575,000 | 2,465,000 |
| Commitments and contingencies |  |  |
| **Stockholders' Deficit:** |  |  |
| Preferred stock, $0.001 par value 5,000,000 shares authorized; no shares issued or outstanding, |  |  |
| Common stock, $0.001 par value 300,000,000 shares authorized; 113,595,268 and 108,140,301 shares issued and outstanding in 2009 and 2008 | 113,000 | 108,000 |
| Paid-in capital | 122,658,000 | 122,309,000 |
| Accumulated deficit | (125,106,000) | (124,842,000) |
| Accumulated other comprehensive income (loss) | 138,000 | 123,000 |
| Treasury stock of 4,658,216 shares | 0 | 0 |
| Total stockholders' (deficit) | (2,197,000) | (2,302,000) |
| Total liabilities and stockholders' (deficit) | $    378,000 | $    163,000 |

INTERPLAY ENTERTAINMENT CORP. AND SUBSIDIARIES
CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS
(Unaudited)

| | THREE MONTHS ENDED MARCH 31, | |
|---|---|---|
| | 2009 | 2008 |
| Revenue .......................................... | $ 93,000 | $ 57,000 |
| Cost of goods sold ................................ | 26,000 | 0 |
| Gross profit ................................. | 67,000 | 57,000 |
| | | |
| Operating expenses: | | |
| Marketing and sales ........................... | 0 | 0 |
| General and administrative .................... | 310,000 | 343,000 |
| Product Development ........................... | 65,000 | 67,000 |
| Total operating expenses ................. | 375,000 | 410,000 |
| | | |
| Operating (loss) income .......................... | (308,000) | (353,000) |
| | | |
| Other income (expense): | | |
| Interest expense ............................ | (10,000) | (9,000) |
| Other ....................................... | 54,000 | 18,000 |
| Total other income (expense) ............ | 44,000 | 9,000 |
| | | |
| Income before benefit for income taxes ........... | (264,000) | (344,000) |
| Benefit for income taxes ......................... | -- | -- |
| Net income (loss) available to common stockholders ...... | $ (264,000) | $ (344,000) |
| | | |
| Net income (loss) per common share: | | |
| Basic ....................................... | $ (.002) | $ (.004) |
| Diluted ..................................... | $ (.002) | $ (.004) |
| | | |
| Shares used in calculating net income (loss) per common share: | | |
| Basic ....................................... | 108,937,052 | 99,197,418 |
| Diluted ..................................... | 108,937,052 | 99,197,418 |

See accompanying notes.

4

INTERPLAY ENTERTAINMENT CORP. AND SUBSIDIARIES
CONDENSED CONSOLIDATED STATEMENTS OF CHANGES IN CASH FLOWS
(Unaudited)

|  | THREE MONTHS ENDED MARCH 31, | |
|---|---|---|
|  | 2009 | 2008 |
| Cash flows from operating activities: |  |  |
| Net (loss) income | $ (264,000) | $ (344,000) |
| Adjustments to reconcile net (loss) income to cash (used) provided by operating activities: |  |  |
| Depreciation and amortization | 4,000 | 2,000 |
| Additional Paid in Capital - Option Expense | 4,000 | 1,000 |
| Issuance of warrants | 23,000 | -- |
| Issuance of common stock | 174,000 | -- |
| Additional paid in capital | 5,000 | -- |
| Changes in operating assets and liabilities: |  |  |
| Trade receivables from related parties | 24,000 | (32,000) |
| Trade receivables, net | -- | -- |
| Intellectual properties | (126,000) | -- |
| Deposits | -- | (3,000) |
| Prepaid expenses | 6,000 | (4,000) |
| Other current assets, net | 1,000 | 4,000 |
| Accounts Payable | 66,000 | (142,000) |
| Accrued royalties | 7,000 | (200,000) |
| Convertible note payable | (53,000) | -- |
| Note Payable Officers | 6,000 | 8,000 |
| Deferred revenue | 108,000 | (8,000) |
| Accumulated other compensation income | 15,000 | (5,000) |
| Net cash provided by (used in) operating activities | -- | (723,000) |
| Cash flows from investing activities: |  |  |
| Purchase of property and equipment | -- | (42,000) |
| Net cash used in investing activities | -- | (42,000) |
| Cash flows from financing activities: |  |  |
| Repayment of current debt | -- | (53,000) |
| Sale of common stock | 148,000 | -- |
| Net cash provided by (used in) financing activities | 148,000 | (53,000) |
|  | 148,000 | (818,000) |
| Cash, beginning of period | (24,000) | 1,138,000 |
| Cash, end of period | $ 124,000 | $ 320,000 |
| Supplemental cash flow information: |  |  |
| Cash paid for: |  |  |
| Interest | $ -- | $ -- |
| Taxes | $ -- | $ -- |

Supplemental Disclosure of Non-Cash Financing and Investing:

| | | |
|---|---|---|
| Acquisition of intellectual property for common stock | $ 126,000 | $ |
| | ========== | ========== |
| Conversion of note payable for common stock .......... | $ 53,000 | $ -- |
| | ========== | ========== |

See accompanying notes.

5

INTERPLAY ENTERTAINMENT AND SUBSIDIARIES
NOTES TO CONSOLIDATED CONDENSED FINANCIAL STATEMENTS
THREE MONTHS ENDED MARCH 31, 2009
(Unaudited)

NOTE 1.  BASIS OF PRESENTATION

The accompanying unaudited condensed consolidated financial statements of Interplay Entertainment Corp. (which we refer to as the "Company" in these Notes) and its subsidiaries reflect all adjustments (consisting only of normal recurring adjustments) that, in the opinion of management, are necessary for a fair presentation of the results for the interim period in accordance with instructions for Form 10-Q and Rule 10-01 of Regulation S-X. Accordingly, they do not include all information and footnotes required by accounting principles generally accepted in the United States ("GAAP") for complete financial statements. The results of operations for the current interim period are not necessarily indicative of results to be expected for the current year or any other period. The balance sheet at December 31, 2008 has been derived from the audited consolidated financial statements at that date, but does not include all information and footnotes required by GAAP for complete financial statements.

These condensed consolidated financial statements should be read in conjunction with the consolidated financial statements and notes thereto included in the Company's Annual Report on Form 10-K for the year ended December 31, 2008, as filed with the U.S. Securities and Exchange Commission ("SEC").

FACTORS AFFECTING FUTURE PERFORMANCE AND GOING CONCERN STATUS

The Company's independent public accountant included a "going concern" explanatory paragraph in his audit report on the December 31, 2008 consolidated financial statements which were prepared assuming that the Company will continue as a going concern.

The Company continues to seek external sources of funding including, but not limited to, a private placement or public offering of the Company's capital stock, the sale of selected assets, the licensing of certain product rights in selected territories, selected distribution agreements, and/or other strategic transactions sufficient to provide short-term funding, and potentially achieve the Company's long-term strategic objectives. Although the Company has had some success in licensing certain of its products in the past, no assurance can be given that the Company will do so in the future.

The Company expects that it will need to obtain additional financing or income. However, no assurance can be given that alternative sources of funding can be obtained on acceptable terms, or at all. These conditions, combined with the Company's historical operating losses and its deficits in stockholders' equity and working capital, raise substantial doubt about the Company's ability to continue as a going concern. The accompanying consolidated financial statements do not include any adjustments to reflect the possible future effects on the recoverability and classification of assets and liabilities that might result from the outcome of this uncertainty.

USE OF ESTIMATES

The preparation of financial statements in conformity with accounting principles generally accepted in the United States of America requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the consolidated financial statements and the reported amounts of revenues and expenses during the reporting period. Significant estimates made in preparing the consolidated financial statements include, among others, sales returns and allowances, allowances for uncollectible receivables, cash flows used to evaluate the recoverability of prepaid licenses and royalties and

long-lived assets, and certain accrued liabilities related to restructuring activities and litigation. Actual results could differ from those estimates.

6

PRINCIPLES OF CONSOLIDATION

The accompanying consolidated financial statements include the accounts of Interplay Entertainment Corp. and its wholly-owned subsidiaries, Interplay Productions Limited (U.K.), Interplay OEM, Inc., Interplay Co., Ltd., (Japan) the business of which was closed during the 4th quarter 2006 (immaterial to consolidated results) and Games On-line. All significant inter-company accounts and transactions have been eliminated.

NOTE 2.  NOTE PAYABLE

The Company issued on June 27, 2008 to Interactive Game Group a convertible promissory note in the amount of $52,000 for consideration received in cash. The unpaid principal balance of this Convertible Note shall bear interest at a per annum rate equal to the three (3) months Libor interest rate plus one percent adjusted quarterly and due with a six month term. (Current interest rate of 2.26 %). The note is convertible into 400,000 shares of the Company's common stock price as of June 30, 2008 ($0.13 per share) which was the market price at the date of the agreement. The note was fully repaid on March 26, 2009. (See Note 7)

NOTE 3.  NOTE PAYABLE TO OFFICER AND DIRECTORS

The Company issued on October 2, 2006 to the following officer and directors Herve Caen, Eric Caen and Michel Welter conditional demand notes which have since become demand notes (due to the change in control resulting from Financial Planning and Development SA's acquisition of approximately 56% of the Company's outstanding stock) bearing a 5% annual interest rate. The demand notes were issued for the earned but unpaid directors' fees to Herve Caen for $50,000, to Eric Caen for $50,000, to Michel Welter for $85,000, and for earned but unpaid salary to Herve Caen in the amount of $500,000. A total of $475,000 in principal and interest remains outstanding under the demand notes as of March 31, 2009. Interest accrued on the demand notes as of March 31, 2009 was $6,000.

NOTE 4.  ADVANCES FROM DISTRIBUTORS AND LICENSEE WHICH ARE CONSIDERED DEFERRED INCOME

Non refundable but recoupable advances received by the Company for future distribution and license rights as of March 31, 2009 amounted to $818,000. These advances expire during the years of 2009 through 2012.

NOTE 5.  SEGMENT AND GEOGRAPHICAL INFORMATION

The Company operates in one principal business segment, which is managed primarily from the Company's U.S. headquarters.

Net revenues by geographic regions were as follows:

|  | THREE MONTHS ENDED MARCH 31, | | | |
|  | 2009 | | 2008 | |
|  | AMOUNT | PERCENT | AMOUNT | PERCENT |
|  | (Dollars in thousands) | | | |
| North America ..................... | $ 47 | 51% | $ 0 | 0% |
| Europe ............................. | 46 | 49 | 57 | 100 |
| Rest of World ..................... | 0 | 0 | 0 | 0 |
| OEM, royalty and licensing ........ | 0 | 0 | 0 | 0 |
|  | $ 93 | 100% | $ 57 | 100% |

NOTE 6.  EMPLOYEE STOCK OPTIONS

STOCK-BASED COMPENSATION

   The Company utilizes SFAS No. 123(R),  "SHARE-BASED PAYMENT" ("SFAS 123R"), which requires the  measurement  and  recognition of  compensation  cost at fair value for all share-based payments, including stock options and restricted stock awards.

   At March 31, 2009, the Company has one  stock-based  employee  compensation plan. Stock-based employee compensation cost approximated $4,000 as reflected in net income for the quarter ended March 31, 2009. No employee  stock options were granted during the quarter ended March 31, 2009.

7

NOTE 7.   SALE OF COMMON STOCK

On March 24, 2009 the Company sold to Microprose, LLC, an affiliate of Interactive Game Group, 5,454,967 shares of Common Stock of the Company and issued a warrant to purchase 1,677,483 shares of Common Stock of the Company for a total consideration of $327,298.  Such shares and warrant were issued, and any underlying shares of Common Stock would be issued, in a private placement exempt from registration pursuant to section 4(2) of the Securities Act of 1933. Such warrant has a term of 3 years,  an exercise  price of $0.06,  and is immediately exercisable.  Out of the  consideration  of  $327,298,  $148,000 was received in cash, $126,000 was satisfied by the acquisition of certain intellectual property rights by the  Company,  and $53,298 was  satisfied by the  cancellation of the convertible  promissory  note (see Note 2) in the amount of $52,000  and accrued interest thereon from  Interactive Game Group.  These warrants were valued using the Black-Scholes Model. The amount of $ 23,000 was charged to 2009 operations.

8

ITEM 2.  MANAGEMENT'S  DISCUSSION  AND  ANALYSIS  OF  FINANCIAL  CONDITION  AND
         RESULTS OF OPERATIONS

CAUTIONARY STATEMENT

     Interplay  Entertainment  Corp.,  which we refer to in this Report as "we,"
"us,"  or  "our,"  is  a  developer,  publisher  and  licensor  of  interactive
entertainment  software  and  intellectual  properties for both core gamers and the
mass market.  The  information  contained in this Form 10-Q is intended to update
the  information  contained in our Annual Report on Form 10-K for the year ended
December 31,  2008,  as  amended,  and presumes  that readers have access to, and
will have read,  the "Item 7.  Management's  Discussion and Analysis of Financial
Condition and Results of  Operations"  and other  information  contained in such
Form 10-K, as amended.

     This Report on Form 10-Q contains certain forward-looking statements within
the meaning of Section 27A of the  Securities Act of 1933 and Section 21E of the
Securities Exchange Act of 1934 and such forward-looking  statements are subject
to the safe harbors created thereby.  For this purpose, any statements contained
in this  Form  10-Q,  except  for historical  information,  may be deemed to be
forward-looking  statements.  Without  limiting the generality of the foregoing,
words  such  as  "may,"  "will,"  "expect,"  "believe,"  "anticipate,"  "intend,"
"could,"  "should,"  "estimate"  or "continue"  or the negative or other variations
thereof or comparable terminology are intended to help identify  forward-looking
statements. In addition, any statements that refer to expectations,  projections
or other characterizations of future events or circumstances are forward-looking
statements.

     The  forward-looking  statements  included  herein  are  based  on  current
expectations  that  involve a number of risks and  uncertainties,  as well as on
certain  assumptions.  For example,  any statements  regarding future cash flow,
revenue or expense expectations,  including those forward-looking  statements in
"Item 2. Management's Discussion and Analysis of Financial Condition and Results
of Operations",  financing activities, future cash flows, cash constraints, sales
or mergers and cost reduction measures are forward-looking  statements and there
can be no assurance  that we will effect any or all of these  objectives  in the
future.  Specifically,  the forward-looking  statements in this Item 2 assume that
we will continue as a going concern. Risks and Uncertainties that may affect our
future results are discussed in more detail in the section titled "Risk Factors"
in  Item  1A of  part  II  of  this  Form  10-Q.  Assumptions  relating  to  our
forward-looking  statements  involve  judgments  with  respect  to,  among other
things,  future economic,  competitive and market conditions and future business
decisions,  all of which are difficult or impossible to predict  accurately  and
many of which are beyond our control.  Although we believe that the  assumptions
underlying the forward-looking statements are reasonable, our industry, business
and  operations  are subject to  substantial  risks,  and the  inclusion of such
information  should not be regarded as a  representation  by management that any
particular  objective  or  plans  will  be  achieved.  In  addition,  risks,
uncertainties  and  assumptions  change as events or  circumstances  change.  We
disclaim  any  obligation  to publicly  release the results of any  revisions to
these  forward-looking  statements  which  may be  made  to  reflect  events  or
circumstances  occurring subsequent to the filing of this Form 10-Q with the SEC
or otherwise to revise or update any oral or written  forward-looking  statement
that may be made from time to time by us or on our behalf.

MANAGEMENT'S DISCUSSION OF CRITICAL ACCOUNTING POLICIES

     Our  discussion  and  analysis  of  our  financial  condition  and results of
operations are based upon our condensed consolidated financial statements, which
have been prepared in accordance with accounting  principles  generally accepted
in the United States. The preparation of these condensed  consolidated financial
statements  requires us to make estimates and judgments that affect the reported
amounts of assets, liabilities, revenues and expenses, and related disclosure of
contingent  assets  and  liabilities.  On an  on-going  basis,  we  evaluate  our

estimates, including, among others, those related to revenue recognition, prepaid licenses and royalties and software development costs. We base our estimates on historical experience and on various other assumptions that are believed to be reasonable under the circumstances, the results of which form the basis for making judgments about the carrying values of assets and liabilities that are not readily apparent from other sources. Actual results may differ from these estimates under different assumptions or conditions.

9

RESULTS OF OPERATIONS

   The following table sets forth certain selected consolidated  statements of
operations  data,  segment data and platform  data for the periods  indicated in
dollars and as a percentage of total net revenues:

| | THREE MONTHS ENDED MARCH 31, | | | |
| | 2009 | | 2008 | |
| | AMOUNT | % OF NET REVENUES | AMOUNT | % OF NET REVENUES |
| | | (Dollars in thousands) | | |
| Net revenues ......................... | $     93 | 100% | $     57 | 100% |
| Cost of goods sold .................... | 26 | 28% | 0 | 0% |
| Gross profit ...................... | 67 | 72% | 57 | 100% |
| Operating expenses: | | | | |
| Marketing and sales ............... | 0 | 0% | 0 | 0% |
| General and administrative ........ | 310 | 333% | 343 | 602% |
| Product development ............... | 65 | 70% | 67 | 117% |
| Total operating expenses .......... | 375 | 403% | 410 | 719% |
| Operating income (loss) ............... | (308) | (331)% | (353) | (619)% |
| Other (expense) income ................ | 44 | 48% | 9 | 15% |
| Net income (loss) ..................... | $  (264) | (283)% | $  (344) | (604)% |
| Net revenues by geographic region: | | | | |
| North America ..................... | $     47 | 51% | $      0 | 0% |
| International ..................... | 46 | 49% | 57 | 100% |
| OEM, royalty and licensing ............ | 0 | 0% | 0 | 0% |
| | $     93 | 100% | $     57 | 100% |
| Net revenues by platform: | | | | |
| Personal computer ................. | $     57 | 61% | $     52 | 91% |
| Video game console ................ | 36 | 39% | 5 | 9% |
| OEM, royalty and licensing ........ | 0 | 0% | 0 | 0% |
| | 93 | 100% | 57 | 100% |

NORTH AMERICAN, INTERNATIONAL AND OEM, ROYALTY AND LICENSING NET REVENUES

   Geographically,  our net revenues for the three months ended March 31, 2009
and 2008 breakdown as follows: (in thousands)

| | 2009 | 2008 | CHANGE | % CHANGE |
| North America ................... | $     47 | $      0 | $     47 | 100% |
| International ................... | 46 | 57 | (11) | (19)% |

```
OEM, Royalty & Licensing .......        --          --          --         n/a
Net Revenues ...................  $     93   $      57   $      36          63%
```

Net revenues for the three months ended March 31, 2009 were $93,000, an increase of 63% compared to the same period in 2008. This increase resulted from a 100% increase in North American net revenues and a 19% decrease in International net revenue.

North American net revenues for the three months ended March 31, 2009 were $47,000. The increase in North American net revenues in 2009 was mainly due to a 100% increase in back catalog sales.

OEM, royalty and licensing net revenues for the three months ended March 31, 2009 were $0. There were no OEM Licensing deals during the first quarter of 2009.

International net revenues for the three months ended March 31, 2009 were $46,000. The decrease in International net revenues for the three months ended March 31, 2009 was mainly due to a 19% decrease in back catalog sales.

PLATFORM NET REVENUES

Our platform net revenues for the three months ended March 31, 2009 and 2008 breakdown as follows: (in thousands)

|                              | 2009 | 2008 | CHANGE | % CHANGE |
|------------------------------|------|------|--------|----------|
| Personal Computer ...........  | $ 57 | $ 52 | $   5  | 10%      |
| Video Game Console ..........  | 36   | 5    | 31     | 620%     |
| OEM, Royalty & Licensing ....  | --   | --   | --     | n/a      |
| Net Revenues ................  | 93   | 57   | 36     | 63%      |

PC net revenues for the three months ended March 31, 2009 were $57,000, an increase of 10% compared to the same period in 2008. The increase in PC net revenues in 2009 was primarily due to increase of back catalog sales. Video game console net revenues were $36,000, an increase of 620% for the three months ended March 31, 2009 compared to the same period in 2008, due to the royalties earned from electronic distribution of back catalog titles.

COST OF GOODS SOLD; GROSS PROFIT MARGIN

Our net revenues, cost of goods sold and gross margin for the three months ended March 31, 2009 and 2008 breakdown as follows: (in thousands)

|                              | 2009 | 2008 | CHANGE | % CHANGE |
|------------------------------|------|------|--------|----------|
| et Revenues .................  | $ 93 | $ 57 | $  36  | 63%      |
| Cost of Goods Sold ..........  | 26   | --   | 26     | 100%     |
| Gross Profit Margin .........  | 67   | 57   | 10     | 18%      |

Cost of goods sold related to PC and video game console net revenues represents the manufacturing and related costs of interactive entertainment software products, including costs of media, manuals, duplication, packaging materials, assembly, freight and royalties paid to developers, licensors and hardware manufacturers. Cost of goods sold related to royalty-based net revenues primarily represents third party licensing fees and royalties paid by us. Typically, cost of goods sold as a percentage of net revenues for video game console products is higher than cost of goods sold as a percentage of net revenues for PC based products due to the relatively higher manufacturing and royalty costs associated with video game console and affiliate label products. We also include in the cost of goods sold the amortization of prepaid royalty and license fees paid to third party software developers. We expense prepaid royalties over a period of six months commencing with the initial shipment of the title at a rate based upon the number of units shipped. We evaluate the likelihood of future realization of prepaid royalties and license fees quarterly, on a product-by-product basis, and charge the cost of goods sold for any amounts that we deem unlikely to realize through future product sales.

Our cost of goods sold increased 100% to $26,000 in the three months ended March 31, 2009 compared to the same period in 2008.

Our gross margin decreased to 72% for the 2009 period from 100% in the 2008 period.

MARKETING AND SALES

Our marketing and sales expense for the three months ended March 31, 2009 and 2008 breakdown as follows: (in thousands)

|                        | 2009 | 2008 | CHANGE | % CHANGE |
|------------------------|------|------|--------|----------|
| Marketing and Sales ............. | n/a | n/a | n/a | n/a |

11

Marketing and sales expenses primarily consist of advertising and retail marketing support, sales commissions, marketing and sales personnel, customer support services and other related operating expenses. Marketing and sales expenses for the three months ended March 31, 2009 were $0 a 100% decrease compared to the 2008 period.

## GENERAL AND ADMINISTRATIVE

Our general and administrative expense for the three months ended March 31, 2009 and 2008 breakdown as follows: (in thousands)

|  | 2009 | 2008 | CHANGE | % CHANGE |
|---|---|---|---|---|
| General and Administrative ...... | $   310 | $   343 | $   (33) | 10% |

General and administrative expenses primarily consist of administrative personnel expenses, facilities costs, professional fees, bad debt expenses and other related operating expenses. General and administrative expenses for the three months ended March 31, 2009 were $310,000 a 10% decrease as compared to the same period in 2008. The decrease is mainly due to a $33,000 decrease general expenses.

## PRODUCT DEVELOPMENT

Our product development expenses for the three months ended March 31, 2009 and 2008 breakdown as follows: (in thousands)

|  | 2009 | 2008 | CHANGE | % CHANGE |
|---|---|---|---|---|
| Product Development ............. | $   65 | $   67 | $   (2) | (3)% |

Product development expenses were $65,000, a 3% decrease as compared to the same period in 2008.

## OTHER EXPENSE (INCOME), NET

Our other expense (income) for the three months ended March 31, 2009 and 2008 breakdown as follows: (in thousands)

|  | 2009 | 2008 | CHANGE | % CHANGE |
|---|---|---|---|---|
| Other Expense (Income) ......... | $   (44) | $   (9) | $   55 | 611% |

Other Expense (Income) consists primarily of interest expense on debt in the amount of $10,000, foreign currency exchange transactions loss of $4,000, other nonrecurring income of ($30,000) and additional miscellaneous adjustments of ($28,000).

## LIQUIDITY AND CAPITAL RESOURCES

As of March 31, 2009, we had a working capital deficit of approximately $2,241,000, and our cash balance was approximately $124,000.

During 2007 we sold "Fallout" to a third party and entered into, subject to satisfaction of various conditions, the license back which could allow us to create, develop and exploit a "Fallout" MMOG.

We have entered into a binding letter of intent with Masthead Studios to fund the development of a Massively Multiplayer Online Game (MMOG), code named 'Project: V13." The game has been in design and development at Interplay since November 2007. Masthead and Interplay teams are working together under the direction and control of Interplay to complete development of the project. As a part of the agreement, the game utilizes Masthead's proprietary tools and MMOG technology developed for Masthead's "Earthrise" project.

We are exploring ways to leverage our portfolio of gaming properties through sequels and various development and publishing arrangements. We are planning, if we can obtain financing, to develop sequels to some of our most successful games, including Earthworm Jim, Dark Alliance, Descent and MDK. We have reinitiated our in-house game development studio, and have hired game developers.

12

We have entered into a Game Production Agreement with Interactive Game Group which provides for the financing of the development of games under certain conditions.

We continue to seek external sources of funding, including but not limited to, incurring debt, the selling of assets or securities, licensing of certain product rights in selected territories, selected distribution agreements, and/or other strategic transactions sufficient to provide short-term funding, and achieve our long-term strategic objectives.

If we do not receive sufficient financing or income we may (i) liquidate assets, (ii) sell the company (iii) seek protection from our creditors including the filing of voluntary bankruptcy or being the subject of involuntary bankruptcy, and/or (iv) continue operations, but incur material harm to our business, operations or financial conditions. These conditions, combined with our historical operating losses and our deficits in stockholders' equity and working capital, raise substantial doubt about our ability to continue as a going concern.

Our primary capital needs have historically been working capital requirements necessary to fund our operations. Our activities generated cash of $148,000 during the three months ended March 31, 2009.

We entered into various licensing agreements during the three months ended March 31, 2009 under which we licensed others to exploit games that we have intellectual property rights to. We expect to enter into similar license arrangements to generate cash for the Company's operations during the remainder of the fiscal year.

We sold common stock of the Company to a private investor during the three months ended March 31, 2009.

No assurance can be given that funding can be obtained by us on acceptable terms, or at all. These conditions, combined with our deficits in stockholders' equity and working capital, raise substantial doubt about our ability to continue as a going concern.

OFF BALANCE SHEET ARRANGEMENTS

We do not have any off-balance sheet arrangements under which we have obligations under a guaranteed contract that has any of the characteristics identified in paragraph 3 of FASB Interpretation No. 45 "Guarantors Accounting and Disclosure Requirements for Guarantees, Including Indirect Guarantees of Indebtedness of Others". We do not have any retained or contingent interest in assets transferred to an unconsolidated entity or similar arrangement that serves as credit, liquidity or market risk support to such entity for such assets. We also do not have any obligation, including a contingent obligation, under a contract that would be accounted for as a derivative instrument. We have no obligations, including a contingent obligation arising out of a variable interest (as referenced in FASB Interpretation No. 46, Consolidation of Variable Interest Entities, as amended) in an unconsolidated entity that is held by, and material to, us, where such entity provides financing, liquidity, market risk or credit risk support to, or engages in leasing, hedging or research and development services with us.

CONTRACTUAL OBLIGATIONS

The following table summarizes certain of our contractual obligations under non-cancelable contracts and other commitments at March 31, 2009, and the effect such obligations are expected to have on our liquidity and cash flow in future periods. (in thousands)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

|  | LESS THAN | 1 - 3 | 3 - 5 | MORE THAN |

| CONTRACTUAL OBLIGATIONS | TOTAL | 1 YEAR | YEARS | YEARS | 5 YEARS |
|---|---|---|---|---|---|
| Lease Commitments (1) | 13 | 5 | 8 | -- | -- |
| Total | 13 | 5 | 8 | -- | -- |

(1) We had a lease commitment at the Beverly Hills office through April 2008. The Company is presently in negotiations to extend that lease but no commitments have been made. We also have a lease commitment in Irvine for our new development offices through March 31, 2009. We also have a lease commitment at the French representation office through February 28, 2011 with an option for an additional 3 years.

13

ITEM 3.  QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK

    We do not have any derivative  financial  instruments as of March 31, 2009.
However, we are exposed to certain market risks arising from transactions in the
normal course of business, principally the risk associated with foreign currency
fluctuations.  We do not hedge our interest  rate risk, or our risk  associated
with foreign currency fluctuations.

INTEREST RATE RISK

    Currently,  we do not  have a line of  credit, but we  anticipate  we may
establish a line of credit in the future.

FOREIGN CURRENCY RISK

    Our earnings are affected by fluctuations in the value of our foreign
subsidiary's functional  currency,  and by fluctuations  in the  value  of the
functional currency of our foreign receivables.

    We recognized  a loss of $4,000 and $10,000  during the three months ended
March 31, 2009 and 2008  respectively,  primarily  in  connection  with  foreign
exchange  fluctuations  in the timing of payments received on accounts receivable
which have been from Interplay Productions Ltd.

ITEM 4T. CONTROLS AND PROCEDURES

    As of the end of the period  covered  by this  report,  we  carried  out an
evaluation,  under the  supervision  and with the  participation  of our  Chief
Executive  Officer and interim Chief Financial  Officer of the  effectiveness of
the design and operation of our disclosure  controls and procedures.  Based upon
this evaluation, our Chief Executive Officer and interim Chief Financial Officer
concluded that our disclosure controls and procedures were effective, at the
reasonable  assurance  level,  in ensuring that  information  required  to  be
disclosed is recorded, processed, summarized and reported within the time period
specified  in the SEC's rules and forms and in timely  alerting  him to material
information required to be included in this report.

    There were no  changes  made  in our  internal  controls  over  financial
reporting  that  occurred  during the  quarter  ended  March 31,  2009 that have
materially  affected  or  are  reasonably  likely  to  materially  affect  these
controls.

    Our  management,  including the Chief  Executive  Officer and Interim Chief
Financial  Officer,  does not expect that our disclosure  controls and procedures
or our internal control over financial  reporting will  necessarily  prevent all
fraud and  material  errors.  An  internal  control  system,  no matter how well
conceived and operated,  can provide only  reasonable,  not absolute,  assurance
that the objectives of the control system are met.

    Further,  the design of a control  system must  reflect the fact that there
are  resource  constraints,  and the  benefits  of controls  must be  considered
relative to their  costs.  Because of the inherent  limitations  on all internal
control  systems,  our  internal  control  system  can provide  only  reasonable
assurance  of achieving its  objectives  and no evaluation of controls can provide
absolute  assurance  that all control  issues and instances of fraud,  if any,
within our Company have been detected.  These  inherent  limitations  include the
realities that judgments in  decision-making  can be faulty,  and that breakdowns
can occur  because of simple  error or mistake.  Additionally,  controls  can be
circumvented by the individual acts of some persons, by collusion of two or more
people,  and/or by management override of the control.  The design of any system
of internal  control  is also based in part upon  certain  assumptions  about the
likelihood of future  events,  and there can be no can provide  only  reasonable,
not absolute  assurance  that any design will  succeed in  achieving  its stated
goals under all  potential  future  conditions.  Over time,  controls may become

inadequate because of changes in circumstances,  and/or the degree of compliance
with the policies and procedures may deteriorate.

14

PART II - OTHER INFORMATION

ITEM 1A. RISK FACTORS

    There have been no material  changes to the risk factors  disclosed in Item 1A to Part 1 of our form 10-K for the fiscal year ended December 31, 2008.

ITEM 6.   EXHIBITS

    (a) Exhibits - The  following  exhibits,  other than  exhibit 32.1 which is being furnished herewith, are filed as part of this report:

| EXHIBIT NUMBER | EXHIBIT TITLE |
| --- | --- |
| 3.5 | Certificate  of Amendment of Amended and Restated  Certificate of Incorporation of the Company, as filed with Delaware Secretary of State  on  January  21,  2004;  (refilled  to  reflect  original execution date). |
| 10.07 | Form of warrant  agreement  for  directors  and  employees of the Company;  (Incorporated herein by reference to exhibit 4.1 of the Company's S-8 filed on May 2, 2008). |
| 31.1 | Certificate of Herve Caen,  Chief Executive  Officer of Interplay Entertainment  Corp. pursuant to Rule 13a-14(a) of the Securities and Exchange Act of 1934, as amended. |
| 1.2 | Certificate  of Herve Caen,  Interim Chief  Financial  Officer of Interplay  Entertainment  Corp. pursuant to Rule 13a-14(a) of the Securities and Exchange Act of 1934, as amended. |
| 32.1 | Certificate of Herve Caen,  Chief  Executive  Officer and Interim Chief Financial Officer of Interplay Entertainment Corp. pursuant to Rule  13a-14(b) of the Securities and Exchange Act of 1934, as amended. |

15

SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

INTERPLAY ENTERTAINMENT CORP.

Date: May 20, 2009                By:    /s/ HERVE CAEN
                                       --------------------------------
                                       Herve Caen,
                                       Chief Executive Officer and
                                       Interim Chief Financial Officer
                                       (Principal Executive and
                                       Financial and Accounting Officer)

16