# EXHIBIT 39

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                  FOR THE DISTRICT OF MARYLAND
 3
 4   BETHESDA SOFTWORKS, LLC,       )
 5                   Plaintiff,     )
 6            v.                    )
 7   INTERPLAY ENTERTAINMENT        )    No. DKC 09-2357
 8   CORPORATION,                   )
 9                   Defendant.     )
10   _____    )
11
12
13
14
15            Videotaped Deposition of INTERPLAY
16   ENTERTAINMENT CORP., THROUGH ITS PERSON MOST
17   KNOWLEDGEABLE, HERVE CAEN, taken in the above-entitled
18   matter before Lindsay Pinkham, Certified Shorthand
19   Reporter No. 3716, Certified Realtime Reporter within
20   and for the State of California, taken at the offices of
21   Steptoe & Johnson LLP, 2121 Avenue of the Stars, 28th
22   Floor, Los Angeles, California 90067, on Friday, October
23   8, 2010, commencing at 9:16 A.M.
24
25
```

### Page 106

1    A   Since the beginning of the development of the
2    game.
3    Q   Well, isn't that the same time the wiki was
4    created?
5    A   After the wiki was created.
6    Q   Okay. So I'm trying to -- give me some dates
7    here of when the other electronic game was created.
8    A   Late '08, beginning of '09.
9    Q   Okay. And is there a means of accessing that
10   other electronic medium?
11   A   Accessing?
12   Q   Is it web based?
13   A   I don't think so.
14   Q   Is it a separate server from the wiki?
15   A   I don't know that it's a server.
16   Q   Who would be the best person -- who would
17   know -- strike that.
18       Who at Interplay would be most knowledgeable
19   about this other electronic medium?
20   A   I can find out for you.
21   Q   Okay. What steps, if any, has Interplay taken
22   to locate a copy of Fallout MMOG as it existed on
23   April 4, 2009?
24   A   I think we have it.
25   Q   You have a copy of the game as it existed on

### Page 107

1    April 4, 2009?
2    A   I think so.
3    Q   And how can that be produced -- well, I request
4    a copy of it. I request a copy of the game as it
5    existed on April 4, 2009.
6        MR. BRENNAN: As with the other requests, with
7    respect to the game MMOG, I think, my recollection is
8    there's been some discussion or negotiation between the
9    parties that's unresolved in granting access. And you
10   and I haven't had those discussions, but our offices
11   will continue to communicate on that.
12       I believe the sticking point was the breadth of
13   the protective order. But I just want to be clear that
14   it has been offered previously.
15       MR. ALLAN: Right. And just to clarify it,
16   there has been some discussion in the past, and that was
17   before the Court actually entered the protective order
18   that has now actually been entered as an order of the
19   Court. And there is no attorneys'-eyes-only designation
20   under the protective order.
21       So this seems to be a very, obviously, critical
22   piece of information that we need to be able to review,
23   we need to be able to review with our client. And we
24   need to do it in the near term.
25       So we'll continue to have that discussion, but

### Page 108

1    given Mr. Caen's testimony that a copy of the game as it
2    existed on April 4, '09, is available, we just renew our
3    request for that.
4        MR. BRENNAN: Fine.
5        MR. ALLAN: And with that, I am done.
6        MR. BRENNAN: Very well. Do you have a
7    stipulation that we've used previously for the witness?
8        MR. ALLAN: I don't believe so. So I think
9    we'll just go under the federal rules. I assume this
10   witness will read and sign.
11       MR. BRENNAN: Very well. Thank you.
12       MR. ALLAN: Thank you.
13       THE VIDEOGRAPHER: Off the record at 12:30.
14       (At 12:30 p.m. the deposition of
15   INTERPLAY ENTERTAINMENT CORP., THROUGH
16   ITS PERSON MOST KNOWLEDGEABLE, HERVE
17   CAEN, was concluded.)
18       -o0o-

### Page 109

              CERTIFICATE OF DEPONENT

I hereby certify that I have read and examined the
foregoing transcript, and the same is a true and
accurate record of the testimony given by me.
Any additions or corrections that I feel are
necessary, I will attach on a separate sheet of
paper to the original transcript.


_____
    Signature of Deponent

I hereby certify that the individual representing
himself/herself to be the above-named individual,
appeared before me this _____ day of _____
2010, and executed the above certificate in my
presence.


_____
NOTARY PUBLIC IN AND FOR

_____
       County Name
MY COMMISSION EXPIRES: