IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division (Greenbelt)

_____ FILED      _____ ENTERED
_____ LOGGED    _____ RECEIVED

JAN - 9 2012

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

BETHESDA SOFTWORKS LLC,

    Plaintiff/Counter-Defendant,

v.

INTERPLAY ENTERTAINMENT CORP.,

    Defendant/Counter-Plaintiff.

Civil No. 09 CV 2357 (DKC)

## [Proposed] ORDER OF DISMISSAL

Plaintiff Bethesda Softworks LLC ("Bethesda") and Defendant Interplay Entertainment Corp. ("Interplay") have agreed to settle their claims and counter-claims against each other, and to dismiss the above-captioned litigation with prejudice, subject to the terms and conditions set forth in this Order and the incorporated Settlement Agreement. The Parties agree to and shall be bound by the requirements of this Order and the incorporated Settlement Agreement.

Therefore, it is by the United States District Court for the District of Maryland on this ___9th___ day of ___January___, 2012, hereby

**ORDERED** that the Joint Motion to Dismiss With Prejudice is **GRANTED**; and it is further

**ORDERED** that all of the terms of the Settlement Agreement between the Parties, attached as Exhibit 1 to the Joint Motion to Dismiss With Prejudice are incorporated into this Order; and it is further

**ORDERED** that this Court retains jurisdiction over the Parties and subject matter of this action to construe and enforce this Order and the incorporated Settlement Agreement.

/s/ Deborah Chasanow
HON. DEBORAH CHASANOW
U.S. DISTRICT COURT FOR THE
DISTRICT OF MARYLAND